

# NUMBER 13-23-00295-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CAROLINA SANCHEZ AND
ALL OTHER OCCUPANTS,                                    Appellants,

v.

A. JIMENEZ D/B/A LULAC VILLAGE APT.,                    Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Peña**
**Memorandum Opinion by Justice Longoria**

On January 18, 2024, appellant Carolina Sanchez "and all other occupants" filed a pro se notice of appeal from a judgment of eviction. On January 9, 2024, the Clerk of this Court advised appellants by certified letter that the appellants' brief was due on December 15, 2023, that the brief had not been timely filed, and that the appeal would be

dismissed unless, within ten days, appellants explained the failure to file the brief and the appellee would not be significantly injured by a late filing. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c). Because it appeared that appellants failed to receive this certified letter, on February 16, 2024, the Clerk advised appellants by email and regular mail that the brief had not been filed and that the appeal would be dismissed unless, within ten days, appellants explained the failure and the appellee would not be significantly injured by their failure to timely file a brief. *See id.* Appellants neither responded to the Clerk's directives nor filed the brief.

The Court, having examined and fully considered the foregoing sequence of events, is of the opinion that the appeal should be dismissed for want of prosecution. *See id.* R. 38.8(a); *Nevarez v. Elguea*, 181 S.W.3d 540, 541 (Tex. App.—El Paso 2005, no pet.). Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
21st day of March, 2024.